**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
CARLOS LICEA MARTINEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CARLOS LICEA MARTINEZ<br><br>　　　　　　　Defendant, | Case No.: 12-CR-00343 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTONY W. ISHII AND KAREN ESCOBAR, UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, CARLOS LICEA MARTINEZ by and through his attorney of record, DAVID A. TORRES hereby request that the status conference currently set for December 3, 2012 be continued to December 10, 2012, or a date convenient to court and counsel.

　　This is a mutual agreement between myself, and United States Attorney Karen Escobar . I am scheduled for a sentencing hearing that had been previously set in the United States District Court-Eastern District of Michigan in the matter of *U.S. v. Chavez; 09-CR-020499.* Mr. Licea will be signing the plea agreement this afternoon and the plea agreement will be sent and filed with the court.

1  **The defendant is willing to continue, excluding time through the next court**
2  **appearance and that the ends of justice in the exclusion outweigh defendant's speedy trial**
3  **rights.**
4     Based upon the foregoing, I respectfully request that this matter be continued to
5  December 10, 2012.
6     The parties also agree that the delay resulting from the continuance shall be excluded in
7  the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).
8           IT IS SO STIPULATED.

10 Dated: 11/29/12                    /s/ David A. Torres
                                      DAVID A. TORRES
11                                    Attorney for Defendant
                                      CARLOS LICEA MARTINEZ

13
   Dated: 11/29/12                    /s/ Karen Escobar
14                                    KAREN ESCOBAR
                                      Assistant United States Attorney

# ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   November 29, 2012

UNITED STATES DISTRICT JUDGE