FILED

DEC 10 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-12-343-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| CARLOS LICEA MARTINEZ ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on December 10, 2012 to 2 months, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 12-10-12

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd frm